# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Sohail Bhatti<br><br>Defendant | ) Case: 1:24-mj-00194<br>) Assigned To : Judge Zia M. Faruqui<br>) Assign. Date : 6/3/2024<br>) Description: COMPLAINT W/ARREST WARRA<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Sohail Bhatti,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering or Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:   06/03/2024

*Issuing officer's signature*

Zia M. Faruqui

City and state:   Washington, D.C.     Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 06/03/2024, and the person was arrested on *(date)* 06/06/2024
at *(city and state)* Orlando, Florida.

Date: 06/06/2024

TFO J. Strait
*Arresting officer's signature*

Joshua Strait  TFO
*Printed name and title*